## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN

In re: § Case No. **95-41004-SMB**
§
**RSK INDUSTRIES, INC.** § Chapter 7
§
§ Judge: **Bernstein**
Debtor(s). §

## NOTICE TO THE CLERK OF UNCLAIMED EXPENSES

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $27.73 represents the total sum of unclaimed expenses in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Expense |
|---|---|---|
| JP Morgan Chase Bank<br>Bankruptcy Management Services<br>4 New York Plaza, 17th Floor<br>New York, NY 10004<br>Attn: Customer Service Team | N/A | $27.73 |

Dated:  05/18/11         */s/ Yann Geron*
                          Yann Geron, Trustee

NY1 520178v1 05/18/11